

P.O. Box 90010  Richmond, VA  23225-9010
(804) 323-6000   (800) 285-5051   vacu.org

November 17, 2016

William C. Redden, Clerk
U. S. Bankruptcy Court
701 East Broad Street
Richmond, VA 23219

RE:  Ryan and Jennifer McLaughlin
Case # 16 - 30283
Loan # 2302
Amount of claim $17,048.39

Dear Mr. Redden:

Virginia Credit Union would like to withdraw the above referenced secured claim (#1-1).
If you have any questions, please contact me at 804-327-7305.

Sincerely,

*Tammy L Brazier*

Tammy L. Brazier
Bankruptcy Assistant
Recovery Department
(804) 327-7305 phone
(804) 267-5473 fax
Tammy.Brazier@vacu.org

